**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JAMES RAY WARD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **5:03-CV-230-4(CAR)** |
| | : | |
| **FREDERICK HEAD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

*ORDER ON UNITED STATES MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc 65] that Defendants' Motion for Summary Judgment [Doc 56] on Plaintiff's remaining retaliation claim be granted, and that Plaintiff's two Motions for Temporary Restraining Order and Preliminary Injunction [Doc 53 and Doc 57] be denied. Plaintiff did not file an objection to the Recommendation. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is **ADOPTED** and **MADE THE ORDER OF THE COURT**. In accordance with the Recommendation, Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction are **DENIED**.

**SO ORDERED**, this 31st day of January, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH/aeg